UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   JONATHAN OKAFO                                CASE NO. 09-80681
   5208 HADRIAN DRIVE                        JUDGE WILLIAM L. STOCKS
   DURHAM, NC 27703

      DEBTOR

SSN(1) XXX-XX-1820                            DATE: 11/30/2009

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS TRVL RELATED<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | $5,848.69<br>INT: .00%<br>NAME ID: 13616<br>CLAIM #: 0009 | UNSECURED<br><br>ACCT: 1009<br>COMMENT: 349990572732 |
| ARROW FINANCIAL SERVICES<br>5996 WEST TOUHY AVENUE<br>NILES, IL 60714-4610 | $0.00<br>INT: .00%<br>NAME ID: 75650<br>CLAIM #: 0012 | UNSECURED<br>NOT FILED<br>ACCT: 6845<br>COMMENT: |
| ASSET ACCEPTANCE CORP<br>P O BOX 2036<br>WARREN, MI 48090-2036 | $3,920.06<br>INT: .00%<br>NAME ID: 42376<br>CLAIM #: 0011 | UNSECURED<br><br>ACCT: 7386<br>COMMENT: CAPITAL ONE |
| ASSET ACCEPTANCE LLC<br>P O BOX 2036<br>WARREN, MI 48090 | $13,400.11<br>INT: .00%<br>NAME ID: 101100<br>CLAIM #: 0008 | UNSECURED<br><br>ACCT: 9508<br>COMMENT: |
| CACH LLC<br>P O BOX 52508<br>DURHAM, NC 27717 | $17,867.45<br>INT: .00%<br>NAME ID: 90734<br>CLAIM #: 0001 | UNSECURED<br><br>ACCT: 5583<br>COMMENT: |
| CAPITAL ONE BANK<br>% TSYS DEBT MANAGEMENT<br>P O BOX 5155<br>NORCROSS, GA 30091 | $1,646.33<br>INT: .00%<br>NAME ID: 87461<br>CLAIM #: 0010 | UNSECURED<br><br>ACCT: 7565<br>COMMENT: |
| CHEXSYSTEMS<br>7805 HUDSON ROAD #100<br>WOODBURY, MN 55125-1595 | $0.00<br>INT: .00%<br>NAME ID: 40869<br>CLAIM #: 0022 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU<br>P O BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 88644<br>CLAIM #: 0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT BUREAU OF GREENSBORO<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 74682<br>CLAIM #: 0014 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC  27702 | $1,240.33<br>INT: 9.00%<br>NAME ID: 635<br>CLAIM #: 0003 | SECURED<br><br>ACCT: 8233<br>COMMENT: 08 REAL PROPERTY TAX |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC  27702 | $34.96<br>INT: .00%<br>NAME ID: 635<br>CLAIM #: 10003 | PRIORITY<br><br>ACCT: 8233<br>COMMENT: 08 VEHICLE TAXES |
| DURHAM COUNTY REGISTER OF DEED<br>COUNTY JUDICIAL BUILDING<br>DURHAM, NC  27702 | $28.00<br>INT: .00%<br>NAME ID: 3044<br>CLAIM #: 0028 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN BENEFIT PAYMENT CONTROL<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 110020<br>CLAIM #: 0015 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX<br>P O BOX 740241<br>ATLANTA, GA  30374 | $0.00<br>INT: .00%<br>NAME ID: 56252<br>CLAIM #: 0023 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P O BOX 2002<br>ALLEN, TX  75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 97360<br>CLAIM #: 0024 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FMS INVESTMENT<br>P O BOX 681535<br>SCHAUMBURG, IL  60194 | $0.00<br>INT: .00%<br>NAME ID: 89521<br>CLAIM #: 0013 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CITIBANK |
| INNOVIS DATA SOLUTIONS<br>P O BOX 1534<br>COLUMBUS, OH  43216-1534 | $0.00<br>INT: .00%<br>NAME ID: 101611<br>CLAIM #: 0025 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA  19114-0325 | $1,251.96<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0004 | PRIORITY<br><br>ACCT: 1820<br>COMMENT: 07-08 INCOME TAXES |
| INTERNAL REVENUE SERVICE<br>P O BOX 21126<br>PHILADELPHIA, PA  19114 | $0.00<br>INT: .00%<br>NAME ID: 399<br>CLAIM #: 0029 | NOTICES ONLY<br>NOT FILED<br>ACCT: 1820<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA  19114-0325 | $267.86<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 10004 | UNSECURED<br><br>ACCT: 1820<br>COMMENT: PENALTY |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>FROM COMPUCREDIT CORP<br>P O BOX 23051<br>COLUMBUS, GA  31902-3051 | $7,656.64<br>INT:  .00%<br>NAME ID: 85347<br>CLAIM #:  0016 | UNSECURED<br><br>ACCT: 7372<br>COMMENT:  1ST N AMER NATL BNK |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN  56302-9617 | $0.00<br>INT:  .00%<br>NAME ID: 66364<br>CLAIM #:  0027 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,336.07<br>INT:  .00%<br>NAME ID: 91530<br>CLAIM #:  0030 | UNSECURED<br><br>ACCT: 6100<br>COMMENT: |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>P O BOX 900006<br>RALEIGH, NC  27675-9006 | $0.00<br>INT:  .00%<br>NAME ID: 56795<br>CLAIM #:  0021 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 402<br>CLAIM #:  0005 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  TAXES OWED |
| NC DEPARTMENT OF REVENUE<br>% NC DEPARTMENT OF JUSTICE<br>P O BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT:  .00%<br>NAME ID: 55149<br>CLAIM #:  0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:NC DEPT OF REV |
| NC DEPARTMENT OF REVENUE<br>% REGINALD S HINTON<br>P O BOX 25000<br>RALEIGH, NC  27640-5000 | $0.00<br>INT:  .00%<br>NAME ID: 32688<br>CLAIM #:  0007 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:MC DEPT OF REV |
| NC EMPLOYMENT SECURITY COMM<br>P O BOX 26504<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 43282<br>CLAIM #:  0020 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SESSOMS & ROGERS PA<br>P O BOX 52508<br>DURHAM, NC  27717 | $0.00<br>INT:  .00%<br>NAME ID: 45965<br>CLAIM #:  0002 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:CACV OF CO LLC |
| SWISS COLONY<br>1112 7TH AVENUE<br>MONROE, WI  53566-1364 | $0.00<br>INT:  .00%<br>NAME ID: 53523<br>CLAIM #:  0017 | UNSECURED<br>NOT FILED<br>ACCT: 5344<br>COMMENT: |
| TRANS UNION CORPORATION<br>P O BOX 2000<br>CRUM LYNNE, PA  19022-2002 | $0.00<br>INT:  .00%<br>NAME ID: 111696<br>CLAIM #:  0026 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON SOUTH INC<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | $913.87<br>INT:  .00%<br>NAME ID: 97954<br>CLAIM #:  0018 | UNSECURED<br><br>ACCT: 8097<br>COMMENT: |

**TOTAL:** $55,412.33

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/30/2009

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Lindsay West
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtor
    Attorney for Debtor